454 A.2d 148

Alley v. Alley, Appellant.

Submitted April 23, 1982. Frederick S. Wolf, for appellant; Bernard A. Buzgon, for appellee.

Before WICKERSHAM, BROSKY and WIEAND, JJ.

Order affirmed.

454 A.2d 148

Arnold, Jr. v. Suski, Appellant.

■ Submitted September 15, 1982. James W. Harris, for appellant; Gilbert G. Malone, for appellee.

Before CAVANAUGH, BECK and MONTEMURO, JJ.

Order affirmed.